UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:17-CR-796 |
| | § | |
| JORGE FLORES | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

Defendant Jorge Flores waived his right to a detention hearing without prejudice on November 22, 2017. (D.E. 4). On January 2, 2018, counsel for defendant moved the Court to set a detention hearing. (D.E. 12). The motion has been referred to the undersigned magistrate judge pursuant 28 U.S.C. § 636. On January 8, 2018, a detention hearing was held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(A); and

(2) The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant meets the probable cause standard. The defendant's personal information remains unverified. The defendant has not presented a suitable third party custodian or residence where he would live if released. The findings

1 / 2

and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 8th day of January, 2018.

                                              Jason B. Libby
                                      United States Magistrate Judge